CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

MAR 17 2006

JOHN F CORCORAN, CLERK
BY /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES BOYD,<br>    Plaintiff, | Civil Action No. 7:06cv00153 |
| v. | **FINAL ORDER** |
| ROBERT SIMPSON,<br>    Defendant. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Boyd's complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g), and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 17th day of March, 2006.

_____
United States District Court Judge